UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAWYERS TITLE INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY and AMY L. SHALLAHAMER EDWARDS, <br><br> Defendants. | CASE NO. 5:05CV2262 <br><br> JUDGE JOHN R. ADAMS <br><br> MAGISTRATE GALLAS <br><br> **STIPULATION AND ORDER OF PARTIAL DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST FIRST AMERICAN TITLE INSURANCE COMPANY ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Lawyers Title Insurance Corporation ("Lawyers Title") states that the within action is settled and dismissed with prejudice as to Defendant First American Title Insurance Company ("First American") only. This Court shall retain jurisdiction over the settlement of this action. The within action shall remain in full force and effect against Amy L. Shallahamer Edwards. Lawyers Title and First American shall each bear their own costs of the action to date. The Court may hereby enter an Order accordingly, notice of the same being hereby waived.

Respectfully submitted:

| | |
|---|---|
| /s/ Robert J. Fogarty | /s/ Robert P. Ducatman |
| Robert J. Fogarty (0006818) <br> rjfogarty@hahnlaw.com <br> Steven A. Goldfarb (0030186) <br> sagoldfarb@hahnlaw.com <br> Erica L. Calderas (0064064) <br> elcalderas@hahnlaw.com <br> Derek E. Diaz (0069755) <br> ddiaz@hahnlaw.com <br> 3300 BP Tower, 200 Public Square <br> Cleveland, Ohio 44114-2301 <br> Phone: (216) 621-0150 <br> Fax: (216) 241-2824 <br><br> Attorneys for Plaintiff Lawyers Title Insurance Corporation | Robert P. Ducatman (0003571) <br> rducatman@jonesday.com <br> Jones Day <br> North Point <br> 901 Lakeside Avenue <br> Cleveland, Ohio 44114-1190 <br> Phone: (216) 586-3939 <br> Fax: (216) 579-0212 <br><br> Attorneys for Defendant First American Title Insurance Company |

IT IS SO ORDERED.

| | |
|---|---|
| October 12, 2005 | /s/ John R. Adams |
| Date | U.S. District Judge |